## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ITASCA GOLF INVESTORS, LLC, <br> D/B/A ITASCA COUNTRY CLUB <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK MARINE AND GENERAL <br> INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-8366 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, ITASCA GOLF INVESTORS, LLC D/B/A ITASCA COUNTRY CLUB, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily DISMISSES this matter WITHOUT PREJUDICE. This dismissal is appropriate without court order and without stipulation of the parties because it is being filed before the opposing party, Defendant NEW YORK MARINE AND GENERAL INSURANCE COMPANY, has filed either an answer or a motion for summary judgment.

Dated: January 16, 2019            Respectfully submitted,

By:     /s/ Edward F. Ruberry_____
Edward F. Ruberry, Esq.
James J. Hess, Esq.
RUBERRY, STALMACK & GARVEY, LLC
10 S. LaSalle Street, Suite 1800
Chicago, IL 60603
Tel.: (312) 466-8050
Fax: (312) 466-8055
ed.ruberry@ruberry-law.com
james.hess@ruberry-law.com

*Attorneys for Plaintiff Itasca Country Club*